|   |   |
|---|---|
| 1 | ETHAN D. THOMAS, ESQ. |
|   | Nevada Bar No. 12874 |
| 2 | KELSEY STEGALL, ESQ. |
|   | Nevada Bar No. 14279 |
| 3 | LITTLER MENDELSON, P.C. |
|   | 3960 Howard Hughes Parkway |
| 4 | Suite 300 |
|   | Las Vegas, Nevada  89169.5937 |
| 5 | Telephone: 702.862.8800 |
|   | Fax No.:    702.862.8811 |
| 6 | Email: edthomas@littler.com |
|   | Email: kstegall@littler.com |
| 7 |   |
|   | Attorneys for Defendants |
| 8 | THE ONE GROUP, LLC and |
|   | TOG KONA MACADAMIA LLC d/b/a |
| 9 | KONA GRILL |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| SAMANTHA DENVER, an individual, | Case No.  2:24-cv-01878-APG-BNW |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| v. |   |
| THE ONE GROUP, LLC, a Foreign Limited Liability Company; TOG KONA MACADAMIA LLC d.b.a "KONA GRILL", a Foreign Limited Liability Company, | **(FIRST REQUEST)** |
| Defendants. |   |

Plaintiff SAMANTHA DENVER ("Plaintiff") and Defendants THE ONE GROUP, LLC and TOG KONA MACADAMIA LLC d.b.a KONA GRILL (jointly referred to as "Defendants") (collectively, the "parties"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendants to file a response to the Complaint from the current deadline of October 31, 2024, up to and including **December 3, 2024.**

The requested extension is necessary in light of the fact that Defendants' counsel was recently retained and to account for the upcoming Thanksgiving holiday. The additional time will allow defense counsel to conduct an investigation into the allegations and to prepare a response to the Complaint.

4854-7924-3252.2 / 118312-1017

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: October 30, 2024

Respectfully submitted,

/s/ Michael Arata
_____
MICHAEL ARATA, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP

*Attorney for Plaintiff*
SAMANTHA DENVER

Dated: October 30, 2024

Respectfully submitted,

ETHAN D. THOMAS, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendants*
THE ONE GROUP, LLC and
TOG KONA MACADAMIA LLC d/b/a
KONA GRILL

**IT IS SO ORDERED**

**DATED:** 10:07 am, October 31, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4854-7924-3252.2 / 118312-1017

2