# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SAMANTHA DENVER,

    Plaintiff(s),

v.

THE ONE GROUP LLC, et al.,

    Defendant(s).

Case No. 2:24-cv-01878-APG-BNW

**Order**

    Due to conflicting duties of the Court, the early neutral evaluation is **ADVANCED** in time only to 9:15 a.m. on January 28, 2025.

    IT IS SO ORDERED.

    Dated: January 22, 2025

Nancy J. Koppe
United States Magistrate Judge