ETHAN D. THOMAS, ESQ.
Nevada Bar No. 12874
KELSEY STEGALL, ESQ.
Nevada Bar No. 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone: 702.862.8800
Fax No.:    702.862.8811
Email: edthomas@littler.com
Email: kstegall@littler.com

Attorneys for Defendants
THE ONE GROUP, LLC and
TOG KONA MACADAMIA LLC d/b/a
KONA GRILL

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SAMANTHA DENVER, an individual, | Case No. 2:24-cv-01878-APG-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |
| v. | |
| THE ONE GROUP, LLC, a Foreign Limited Liability Company; TOG KONA MACADAMIA LLC dba "KONA GRILL", a Foreign Limited Liability Company, | |
| Defendants. | |

Plaintiff SAMANTHA DENVER ("Plaintiff") and Defendants THE ONE GROUP, LLC and TOG KONA MACADAMIA LLC dba KONA GRILL (jointly referred to as "Defendants"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

The parties agree that neither party shall be deemed to be a prevailing party in this action and

/ / /

/ / /

/ / /

that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: April 2, 2025

Respectfully submitted,

/s/ Michael Arata
MICHAEL ARATA, ESQ.
HKM EMPLOYMENT ATTORNEYS, LLP

Attorneys for Plaintiff
SAMANTHA DENVER

Dated: April 2, 2025

Respectfully submitted,

ETHAN D. THOMAS, ESQ.
KELSEY STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
THE ONE GROUP, LLC and TOG KONA MACADAMIA LLC d/b/a KONA GRILL

IT IS SO ORDERED:

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: April 3, 2025